IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARAL PATTERSON,

    Plaintiff,

v.     CASE NO.: 1:12cv29-SPM/GRJ

DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,

    Defendant.

_____/

## ORDER

This cause comes before the Court upon Defendant's Amended Motion to Compel Mental Examination of Plaintiff and Supporting Memorandum of Law (doc. 23).  Defendant seeks to have Plaintiff examined by Dr. Christopher T. Kalkines.

A plaintiff's mental condition within the meaning of Federal Rule of Civil Procedure 35 is not necessarily placed in controversy merely because the plaintiff seeks recovery for "emotional distress" or "mental anguish."  Ali v. Wang Laboratories, Inc., 162 F.R.D. 165, 167 (M.D. Fla. 1995).  This is because "a person with no 'mental condition' may still suffer emotional distress which is compensable." Id. at 168. In the instant case, the plaintiff has not gone beyond a

mere claim of emotional distress or mental anguish. For example, an allegation of emotional distress may extend beyond a mere allegation if the plaintiff alleges further evidence of mental or psychological disorders. <u>Nathai v. Florida Detroit Diesel-Allison, Inc.</u>, 268 F.R.D. 398, 400 (M.D. Fla. 2010). Here there is no such further evidence to justify a compelled examination. Accordingly, it is hereby

ORDERED AND ADJUDGED: Defendant's motion (doc. 23) is **denied**.

DONE AND ORDERED this 23rd day of August, 2012.

<i>S/ Stephan P. Mickle</i><br>
Stephan P. Mickle<br>
Senior United States District Judge